```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 35523
   DALE M SAUNDERS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-6152


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/06/2005 and was confirmed 12/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CHASE AUTOMOTIVE FINANCE  SECURED             7194.56          .00         3439.33
CITI RESIDENTIAL LENDING  CURRENT MORTG          .00           .00             .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE    23784.03           .00        11369.87
DEUTCSHE BANK NATIONAL T  SECURED NOT I    NOT FILED          .00             .00
DEUTCSHE BANK NATIONAL T  NOTICE ONLY      NOT FILED          .00             .00
HOMECOMINGS FINANCIAL     CURRENT MORTG          .00           .00             .00
HOMECOMINGS FINANCIAL     MORTGAGE ARRE     3845.58           .00         3845.58
LITTON LOAN SERVICING     CURRENT MORTG          .00           .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED         3113.99           .00             .00
LITTON LOAN SERVICING     MORTGAGE ARRE     4346.20           .00         4346.20
HOMECOMINGS FINANCIAL     CURRENT MORTG          .00           .00             .00
HOMECOMINGS FINANCIAL     MORTGAGE ARRE     1386.91           .00         1386.91
ROUNDUP FUNDING LLC       UNSECURED         1539.84           .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED         2207.00           .00             .00
COOK COUNTY TREASURER     SECURED NOT I     2499.71           .00             .00
THOMAS M BRITT            DEBTOR ATTY           .00                            .00
TOM VAUGHN                TRUSTEE                                         1,552.11
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             25,940.00

PRIORITY                                        .00
SECURED                                    24,387.89
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                       1,552.11
DEBTOR REFUND                                   .00
                    ---------------      ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 35523 DALE M SAUNDERS
```

```
TOTALS                                25,940.00              25,940.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 07/23/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```